AO 455 (Rev. 01/09) Waiver of an Indictment

FILED
IN OPEN COURT
OCT - 6 2026
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

# UNITED STATES DISTRICT COURT

for the

Eastern District of Virginia

United States of America
v.
David J. Rush
*Defendant*

Case No. 1:26-CR-185

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 6 October 2026

*Defendant's signature*

*Signature of defendant's attorney*

Jessica N. Carmichael
*Printed name of defendant's attorney*

/s/
Michael S. Nachmanoff
United States District Judge
*Judge's signature*

*Judge's printed name and title*